UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DEREK FRANKLIN**                              **CIVIL ACTION**

**VERSUS**                                      **NO:  12-2681**

**SOCIAL SECURITY ADMINISTRATION**              **SECTION: "F" (4)**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Commissioner of Social Security's final decision denying Plaintiff, Derek Franklin claim for Disability Benefits and Supplemental Social Security Income Benefits under Title XVI of the Social Security Act, under Title 28 U.S.C. § 1382(c), is **AFFIRMED** as its decision was based on substantial evidence, pursuant to Title 42 U.S.C. § 405(g).

New Orleans, Louisiana, this  22nd  day of    October  , 2013

_____
**UNITED STATES DISTRICT JUDGE**